HILDRETH PRESS EMPLOYEES FEDERAL CREDIT UNION *v.* CONNECTICUT GENERAL LIFE INSURANCE COMPANY

The petition by the plaintiff for certification for appeal from the Appellate Session of the Court of Common Pleas is denied.

*John J. O'Neil, Jr.,* in support of the petition.

*Samuel Bailey, Jr.,* in opposition.

Submitted August 9—decided September 20, 1972

LOUIS N. USICH, SR., ET AL. *v.* ZONING AND PLANNING COMMISSION OF THE TOWN OF AVON

The petition by the plaintiffs for certification for appeal from the Court of Common Pleas in Hartford County is granted.

*Edward R. Doyle,* in support of the petition.

*Robert C. Hunt, Jr.,* in opposition.

Submitted August 10—decided September 20, 1972

JANE F. McDONALD ET AL. *v.* ZONING COMMISSION OF THE CITY OF BRIDGEPORT ET AL.

The petition by the plaintiffs for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*Daniel D. McDonald,* in support of the petition.

Submitted August 13—decided September 20, 1972